# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jennings, Rebecca G. | U.S. District Court, Western District of Kentucky | 04/27/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Chambers of Judge Rebecca Grady Jennings
United States District Court for the Western District of Kentucky
601 West Broadway
Louisville, Kentucky 40202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Middleton Reutlinger - Law Firm Income | $13,356.70 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Commonwealth Alliances, LLC - government relations services income |
| 2. | 2018 | Self-Employed - ParSyd, LLC - government relations services income |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jennings, Rebecca G. | 04/27/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jennings, Rebecca G. | 04/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Cash Accounts (H) | | | | | | | | | |
| 2. BB&T Cash Accounts | A | Interest | N | T | | | | | |
| 3. Wells Fargo Cash Account | A | Interest | J | T | | | | | |
| 4. UMB Health SavingsAccount | A | Interest | J | T | | | | | |
| 5. RGJ 401K - Fidelity Netbenefit (H) | | | | | | | | | |
| 6. American Century One Choice 2050 Portfolio | D | Dividend | M | T | | | | | |
| 7. Fidelity Total Bond Fund | B | Dividend | K | T | | | | | |
| 8. T Rowe Price Blue Chip Growth Fund | B | Dividend | K | T | | | | | |
| 9. Hartford International Oppertunities Fund Inc. | B | Dividend | K | T | | | | | |
| 10. Blackrock High Yield Portfolio | B | Dividend | K | T | | | | | |
| 11. Invesco Diversified Divided Fund | B | Dividend | K | T | | | | | |
| 12. Vanguard Small Cap Index Fund | A | Dividend | K | T | | | | | |
| 13. JP Morgan Midcap Value Fund | A | Dividend | J | T | | | | | |
| 14. Fidelity Small Cap Value Fund | C | Dividend | J | T | | | | | |
| 15. Janus Henderson Triton Fund | A | Dividend | J | T | | | | | |
| 16. Vanguarg Mid Cap Growth Index Fund | A | Dividend | J | T | | | | | |
| 17. Vandguard REIT Indev Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jennings, Rebecca G. | 04/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   RGJ IRA #1 PCH (H) | | | | | | | | | |
| 19.   Greenbrier Companies Inc. Common Stock | A | Dividend | J | T | | | | | |
| 20.   First Eagle Overseas Fund | A | Dividend | J | T | | | | | |
| 21.   JP Morgan Midcap Value Fund | A | Dividend | J | T | | | | | |
| 22.   JP Morgan Small Cap Equity | A | Dividend | J | T | | | | | |
| 23.   Prudential Total Return Bond A | A | Dividend | J | T | | | | | |
| 24.   Prudential Total Return Bond C | A | Dividend | J | T | | | | | |
| 25.   MPJ IRA #1 Wells - Transfered to MPJ SEP IRA #3 (H) | | | | | | | | | |
| 26.   Fidelity Advisor New Insights Fund | A | Dividend | | | Sold | 01/03/18 | K | B | N/A |
| 27.   Blackrock Equity Dividend Fund | A | Dividend | | | Sold | 01/03/18 | K | B | N/A |
| 28.   MPJ IRA #2 PCH (H) | | | | | | | | | |
| 29.   Microsoft Corporaction | A | Dividend | K | T | | | | | |
| 30.   Delta Airlines Incorporated | A | Dividend | J | T | | | | | |
| 31.   American Funds New World Fund Class A | A | Dividend | J | T | | | | | |
| 32.   American Funds The Investment Company of America Class A | A | Dividend | J | T | | | | | |
| 33.   American Fund Small Cap World Fund Class A | A | Dividend | J | T | | | | | |
| 34.   Perishing Government Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jennings, Rebecca G. | 04/27/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Funds The Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 36. Transocean Common Stock | A | Dividend | J | T | | | | | |
| 37. PRJ 529 #1 (H) | | | | | | | | | |
| 38. American Funds Capital World Growth and Income - 529A | A | Dividend | J | T | | | | | |
| 39. PRJ 529 #2 (H) | | | | | | | | | |
| 40. American Funds College Target Date 2024 (CFTAX) | A | Dividend | J | T | | | | | |
| 41. SAJ 529 #1 (H) | | | | | | | | | |
| 42. American Funds Capital World Growth and Income - 529A | A | Dividend | J | T | | | | | |
| 43. SAJ 529 #2 (H) | | | | | | | | | |
| 44. American Funds College Target Date 2030 (CTHAX) | A | Dividend | J | T | | | | | |
| 45. MPJ SEP #1 (H) | | | | | | | | | |
| 46. Abbvie Inc. (ABBV) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 47. | | | | | Sold | 11/27/18 | J | | N/A |
| 48. AT&T (T) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 49. | | | | | Sold | 11/27/18 | J | | N/A |
| 50. Altria Group (MO) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 51. | | | | | Sold | 11/27/18 | J | | N/A |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jennings, Rebecca G. | 04/27/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Electric Power (AEP) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 53. | | | | | Sold | 11/27/18 | J | A | N/A |
| 54. Astrazaeneca (AZN) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 55. | | | | | Sold | 11/27/18 | J | A | N/A |
| 56. BCE Inc. (BCE) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 57. | | | | | Sold | 11/27/18 | J | | N/A |
| 58. BP PLC (BP) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 59. | | | | | Sold | 11/27/18 | J | | N/A |
| 60. British American TOB PL (BTI) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 61. | | | | | Sold | 11/27/18 | J | | N/A |
| 62. CDN Imperial Bank Commer (CM) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 63. | | | | | Sold | 11/27/18 | J | | N/A |
| 64. Chevron Corporation (CVX) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 65. | | | | | Sold | 11/27/18 | J | | N/A |
| 66. COCA-COLA (KO) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 67. | | | | | Sold | 11/27/18 | J | A | N/A |
| 68. Crown Castle International Corporation (CCI) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jennings, Rebecca G. | 04/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 11/27/18 | J | A | N/A |
| 70. Dominion Energy Corp (D) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 71. | | | | | Sold | 11/27/18 | J | | N/A |
| 72. Duke Energy Corp (DUK) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 73. | | | | | Sold | 11/27/18 | J | A | N/A |
| 74. Exxon Mobile Corp (XOM) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 75. | | | | | Sold | 11/27/18 | J | | N/A |
| 76. FMI Funds International Fund (FMIJX) | A | Dividend | | | Sold | 01/04/18 | J | A | N/A |
| 77. General Mills Inc. (GIS) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 78. | | | | | Sold | 11/27/18 | J | | N/A |
| 79. Glaxosmithkline PLC (GSK) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 80. | | | | | Sold | 11/27/18 | J | A | N/A |
| 81. Invesco LTD | A | Dividend | | | Sold | 11/27/18 | J | | N/A |
| 82. iShares Core S&P Mid ETF (IJH) | A | Dividend | | | Sold | 01/08/18 | J | B | N/A |
| 83. iShares S&P 500 Growth (IVW) | A | Dividend | | | Sold | 01/08/18 | J | C | N/A |
| 84. iShares Short Maturity Bond | A | Dividend | | | Sold | 01/08/18 | J | | N/A |
| 85. Kimberly-Clark Corp (KMB) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jennings, Rebecca G. | 04/27/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 11/27/18 | J | | N/A |
| 87. Kraft Heinz Co. (KHZ) | A | Dividend | | | Buy | 05/07/18 | J | | N/A |
| 88. | | | | | Sold | 11/27/18 | J | | N/A |
| 89. Locorr Invt Trust Macro Str (LFMIX) | A | Dividend | | | Sold | 01/04/18 | K | | N/A |
| 90. Locorr Market Trend (LOTIX) | A | Dividend | | | Sold | 01/04/18 | J | | N/A |
| 91. Lord Abbett Investment Tr. Short Dur (LDLFX) | A | Dividend | | | Sold | 01/04/18 | K | | N/A |
| 92. Merck & Co. (MRK) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 93. | | | | | Sold | 06/22/18 | J | A | N/A |
| 94. National Grid PLC (NCG) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 95. | | | | | Sold | 11/27/18 | J | | N/A |
| 96. Occidental Pete Corp (OXY) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 97. | | | | | Sold | 11/27/18 | J | | N/A |
| 98. Pepsoco Incorporated (PEP) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 99. | | | | | Sold | 11/27/18 | J | | N/A |
| 100. Pfizer Incorporated (PFE) | A | Dividend | | | Sold | 11/16/18 | J | A | N/A |
| 101. Philip Morris International (PM) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 102. | | | | | Sold | 11/27/18 | J | | N/A |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jennings, Rebecca G. | 04/27/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. PPL Corporation (PPL) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 104. | | | | | Sold | 11/27/18 | J | | N/A |
| 105. Proctor & Gamble (PG) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 106. | | | | | Sold | 11/27/18 | J | A | N/A |
| 107. Public Storage Inc REIT (PSA) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 108. | | | | | Sold | 11/27/18 | J | A | N/A |
| 109. Public SVC Enterprise Group | A | Dividend | | | Sold | 11/14/18 | J | A | N/A |
| 110. Realty Income Corp REIT (O) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 111. | | | | | Sold | 11/27/18 | J | A | N/A |
| 112. Sanofi ADR (SNY) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 113. | | | | | Sold | 08/13/18 | J | | N/A |
| 114. The Southern Company (SO) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 115. | | | | | Sold | 11/27/18 | J | | N/A |
| 116. Total S.A. Spons ADR (TOT) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 117. | | | | | Sold | 11/27/18 | J | | N/A |
| 118. United Parcel Service (UPS) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 119. | | | | | Sold | 11/27/18 | J | | N/A |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jennings, Rebecca G. | 04/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Ventas (VTR) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 121. | | | | | Sold | 11/27/18 | J | A | N/A |
| 122. Verizon Communication (VZ) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 123. | | | | | Sold | 11/27/18 | J | A | N/A |
| 124. Vodafone Group (VOD) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 125. | | | | | Sold | 11/27/18 | J | | N/A |
| 126. Welltower (WELL) | A | Dividend | | | Buy | 01/08/18 | J | | N/A |
| 127. | | | | | Sold | 11/27/18 | J | A | N/A |
| 128. MPJ SEP IRA #2 (H) | | | | | | | | | |
| 129. AIA Group LTD Spons ADR | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 130. | | | | | Sold | 11/26/18 | J | | N/A |
| 131. Airbus SE | A | Dividend | | | Buy | 01/15/18 | J | | N/A |
| 132. | | | | | Sold | 11/26/18 | J | A | N/A |
| 133. Amadeus IT Group SA ADR | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 134. | | | | | Sold | 05/18/18 | J | A | N/A |
| 135. ASML Holding NV | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 136. | | | | | Sold | 11/26/18 | J | | N/A |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jennings, Rebecca G. | 04/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ASSA ABLOYAB ADR | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 138. | | | | | Sold | 11/26/18 | J | | N/A |
| 139. Astrazeneca PLC Spons ADR | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 140. | | | | | Sold | 11/26/18 | J | A | N/A |
| 141. British American Tobacco PLC | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 142. | | | | | Sold | 11/26/18 | J | | N/A |
| 143. Carlsberg AS-B Spon ADR | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 144. | | | | | Sold | 11/26/18 | J | | N/A |
| 145. Diageo PLC Spons ADR New | A | Dividend | | | Buy | 01/15/18 | J | | N/A |
| 146. | | | | | Sold | 11/26/18 | J | | N/A |
| 147. Enbridge Inc. | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 148. | | | | | Sold | 09/27/18 | J | | N/A |
| 149. Essilor Intl - Sponsored | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 150. | | | | | Sold | 11/26/18 | J | | N/A |
| 151. HDFC Bank LTD - ADR | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 152. | | | | | Sold | 11/26/18 | J | | N/A |
| 153. Jardine Mathsn HD UNADR | A | Dividend | | | Buy | 01/05/18 | J | | N/A |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jennings, Rebecca G. | 04/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 11/26/18 | J | A | N/A |
| 155.  JP Morgan S/C Equity Fund I | A | Dividend | | | Sold | 01/04/18 | J | B | N/A |
| 156.  Keyence Corp | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 157. | | | | | Sold (part) | 01/26/18 | J | A | N/A |
| 158. | | | | | Sold | 11/26/18 | J | | N/A |
| 159.  Kering SA | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 160. | | | | | Sold | 11/26/18 | J | | N/A |
| 161.  L'Oreal Co. ADR | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 162. | | | | | Sold | 11/26/18 | J | A | N/A |
| 163.  Lloyds Banking Group PLC ADR | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 164. | | | | | Sold | 11/26/18 | J | | N/A |
| 165.  London Stock ADR | A | Dividend | | | Buy | 01/26/18 | J | | N/A |
| 166. | | | | | Sold | 11/26/18 | J | | N/A |
| 167.  LVMH Moet Hennessy | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 168. | | | | | Sold | 11/26/18 | J | | N/A |
| 169.  Metropolitan West Fund I | A | Dividend | | | Sold | 01/04/18 | K | | N/A |
| 170.  Murata Manufacturing ADR | A | Dividend | | | Buy | 01/05/18 | J | | N/A |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jennings, Rebecca G. | 04/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 11/26/18 | J | A | N/A |
| 172. Nestle SA Reg ADR | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 173. | | | | | Sold | 11/26/18 | J | | N/A |
| 174. Nidec Corporation ADR | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 175. | | | | | Sold | 11/26/18 | J | | N/A |
| 176. Novo Nordisk AS ADR | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 177. | | | | | Sold | 11/26/18 | J | | N/A |
| 178. Pernod-Ricard SA-UNSPON | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 179. | | | | | Sold | 11/26/18 | J | | N/A |
| 180. Prudential PLC | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 181. | | | | | Sold | 11/26/18 | J | | N/A |
| 182. Prudential S/T Corp Bond Z | A | Dividend | | | Sold | 01/04/18 | K | | N/A |
| 183. Roche Holdings LTD ADR | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 184. | | | | | Sold | 02/28/18 | J | | N/A |
| 185. Royal Dutch Shell ADR | A | Dividend | | | Buy | 06/07/18 | J | | N/A |
| 186. | | | | | Sold | 11/26/18 | J | | N/A |
| 187. Ryohin Keikaku Co ADR | A | Dividend | | | Buy | 01/05/18 | J | | N/A |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jennings, Rebecca G. | 04/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 03/28/18 | J | A | N/A |
| 189. Safran SA-UNSPON ADR | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 190. | | | | | Sold | 11/26/18 | J | A | N/A |
| 191. Sampo Oyj-A SHA UNSPON ADR | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 192. | | | | | Sold | 11/26/18 | J | | N/A |
| 193. SAP SE Sponsored ADR | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 194. | | | | | Sold | 11/26/18 | J | | N/A |
| 195. SMC Corp/Japan | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 196. | | | | | Sold | 11/26/18 | J | | N/A |
| 197. Softbank Group Corp | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 198. | | | | | Sold | 11/26/18 | J | | N/A |
| 199. Taiwan Semiconductor MFG | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 200. | | | | | Sold | 11/26/18 | J | | N/A |
| 201. Vanguard High Dividend Yield ETF | A | Dividend | | | Sold | 01/04/18 | J | B | N/A |
| 202. Vanguard Index Fund ETF | A | Dividend | | | Sold | 01/04/18 | J | B | N/A |
| 203. Vodaphone Group PLC NEW | A | Dividend | | | Buy | 01/05/18 | J | | N/A |
| 204. | | | | | Sold | 09/27/18 | J | | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jennings, Rebecca G. | 04/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  MPJ SEP IRA #3 (H) | | | | | | | | | |
| 206.  iShares Floating Rate Bond (FLOT) EFT | A | Dividend | J | T | Buy | 01/05/18 | J | | N/A |
| 207.  iShares S&P 500 GROWTH (IVW) EFT | A | Dividend | K | T | Buy | 01/05/18 | J | | N/A |
| 208. | | | | | Buy (add'l) | 11/30/18 | K | | N/A |
| 209.  iShares S&P 500 Value (IVE) EFT | A | Dividend | K | T | Buy | 01/05/18 | J | | N/A |
| 210. | | | | | Buy (add'l) | 11/30/18 | K | | N/A |
| 211.  iShares TIP Bond (TIP) ETF | A | Dividend | J | T | Buy | 01/05/18 | J | | N/A |
| 212. | | | | | Buy (add'l) | 11/30/18 | J | | N/A |
| 213.  AB Interm Bond Port (ABQYX) | A | Dividend | J | T | Buy | 03/29/18 | J | | N/A |
| 214.  Baird Agg Bond (BAGIX) | A | Dividend | K | T | Buy | 01/05/18 | J | | N/A |
| 215. | | | | | Buy (add'l) | 11/30/18 | J | | N/A |
| 216.  Blackrock High Inc Opp (BDHIX) | A | Dividend | J | T | Buy | 03/28/18 | J | | N/A |
| 217. | | | | | Buy (add'l) | 11/30/18 | J | | N/A |
| 218.  Federated Equity Str Value Div (SVAIX) | A | Dividend | J | T | Buy | 01/05/18 | J | | N/A |
| 219. | | | | | Buy (add'l) | 11/30/18 | J | | N/A |
| 220.  Fidelity New Market Income (FGZMX) | A | Dividend | J | T | Buy | 01/05/18 | J | | N/A |
| 221. | | | | | Buy (add'l) | 11/30/18 | J | | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jennings, Rebecca G. | 04/27/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Fidelity Advisors Real Estate Income (FRIRX) | A | Dividend | J | T | Buy | 03/28/18 | J | | N/A |
| 223. | | | | | Buy (add'l) | 11/30/18 | J | | N/A |
| 224. American Funds EuroPacific Growth Fund Class F-2 (AEPFX) | A | Dividend | K | T | Buy | 01/05/18 | J | | N/A |
| 225. | | | | | Buy (add'l) | 11/30/18 | K | | N/A |
| 226. Oppenheimer Dev Markets (ODVYX) | A | Dividend | K | T | Buy | 01/05/18 | J | | N/A |
| 227. | | | | | Buy (add'l) | 11/30/18 | K | | N/A |
| 228. Russell Invt US Small Cap Equity (RLESX) | A | Dividend | K | T | Buy | 01/05/18 | J | | N/A |
| 229. | | | | | Buy (add'l) | 11/30/18 | K | | N/A |
| 230. iShares Core S&P Mid ETF (IJH) | A | Dividend | K | T | Buy | 01/05/18 | J | | N/A |
| 231. | | | | | Buy (add'l) | 11/30/18 | K | | N/A |
| 232. iShares S&P 500 Growth (IVW) | A | Dividend | J | T | Buy | 01/05/18 | J | | N/A |
| 233. | | | | | Buy (add'l) | 11/30/18 | K | | N/A |
| 234. iShares Intermediate Government Credit Bond (GVI) | A | Dividend | J | T | Buy | 01/05/18 | J | | N/A |
| 235. iShares MSCI EAFE Value (EVF) | A | Dividend | K | T | Buy | 01/05/18 | J | | N/A |
| 236. | | | | | Buy (add'l) | 11/30/18 | K | | N/A |
| 237. iShares High Dividend (HDV) | A | Dividend | J | T | Buy | 03/28/18 | J | | N.A |
| 238. | | | | | Buy (add'l) | 11/30/18 | J | | N/A |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jennings, Rebecca G. | 04/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Hilliard Lyons Money Market | A | Interest | J | T | | | | | |
| 240. | | | | | | | | | |
| 241. | | | | | | | | | |
| 242. | | | | | | | | | |
| 243. | | | | | | | | | |
| 244. | | | | | | | | | |
| 245. | | | | | | | | | |
| 246. | | | | | | | | | |
| 247. | | | | | | | | | |
| 248. | | | | | | | | | |
| 249. | | | | | | | | | |
| 250. | | | | | | | | | |
| 251. | | | | | | | | | |
| 252. | | | | | | | | | |
| 253. | | | | | | | | | |
| 254. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jennings, Rebecca G. | 04/27/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Rebecca G. Jennings**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544